■ In the Matter of CHARLES BUXTON, Appellant, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services Respondent. [940 NYS2d 516]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered March 16, 2011 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.